**CHAPIN WHEELER LLP**
Douglas J. Brown, California Bar No. 248673
550 West "C" Street, Suite 2000
San Diego, California 92101
Telephone:  (619) 241-4810
Facsimile:   (619) 955-5318
Email:        dbrown@chapinwheeler.com

Attorney for Plaintiffs
JENNIFER LIEU and THOMAS LIEU

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:  310-576-2100
Facsimile:   310-576-2200
Email:        reboone@bryancave.com

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         james.goldberg@bryancave.com
Email:         david.deruig@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LIEU and THOMAS LIEU | Case No. 2:09-CV-01669-MCE-EFB |
| Plaintiffs, as individuals, | **JOINT STIPULATION AND ORDER TO REMAND THIS ACTION TO YOLO COUNTY SUPERIOR COURT** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC.; AMERICA'S WHOLESALE LENDER; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-50, inclusive, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

# **STIPULATION**

Plaintiffs JENNIFER LIEU and THOMAS LIEU ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC. ("CHL"), RECONTRUST COMPANY, N.A. ("ReconTrust"), and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively "Defendants"), by and through their respective attorneys, hereby stipulate that this action is remanded to the Superior Court for the County of Yolo, each party to bear its own attorneys' fees and costs with respect to the issue of jurisdiction and remand.  The parties further agree that Defendants shall have thirty days from the date of the Notice of Remand filed in Yolo Superior Court to respond to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

Dated: August 3, 2009

**BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
David N. de Ruig

By:   /s/ David N. de Ruig
        David N. de Ruig
        Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
RECONTRUST COMPANY, N.A., and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

Dated: August 3, 2009

**CHAPIN WHEELER LLP**
Douglas J. Brown

By:   /s/ Douglas J. Brown
        Douglas J. Brown
        Attorneys for Plaintiffs
JENNIFER LIEU and THOMAS LIEU

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

SF01DOCS\12103.1
2
JOINT STIPULATION & ORDER, CASE NO. 2:09-CV-01669-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the Joint Stipulation of Plaintiffs JENNIFER LIEU and THOMAS LIEU ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC. ("CHL"), RECONTRUST COMPANY, N.A. ("ReconTrust"), and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively "Defendants") and good cause appearing, IT IS ORDERED THAT:

This Action is hereby remanded to the Superior Court for the County of Yolo, each party to bear its own attorneys' fees and costs. Plaintiffs' Motion to Remand (Docket No. 5) and Defendants' Motion to Dismiss (Docket No. 7) are hereby denied as moot. All future hearing dates are vacated and the Clerk of the Court is directed to close the file.

DATED: August 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com